THOMAS BURNHAM, Respondent, v. THOMAS ROULSTON, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

MAURICE D. CADMAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs, upon the authority of *Seifert* v. *City of Brooklyn* (101 N. Y. 136). Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

NICOLO CARLUCCI, Respondent, v. SOCIETA' S. ANTONIO DI M. S., Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

JOHN F. COLLINS and JAMES J. LEONARD, Appellants, v. GEORGE T. KELLY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

JOHN P. CORNER and WILLIAM M. COOPER, Appellants, v. SAMUEL OLIM, Respondent.— Judgment reversed and new trial granted, costs to abide the event. (See *Chaude* v. *Shepard*, 122 N. Y. 397; *Caesar* v. *Rubinson*, 174 id. 492; *Feinsot* v. *Burstein*, 161 App. Div. 651; 213 N. Y. 703.) Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

MICHAEL COSTIGAN, Respondent, v. THE NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Order affirmed, costs to abide the event. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.

LOUIS COWAN, Respondent, v. WILLIAM H. CLARKE, Individually and as Executor, etc., Appellant.— Order modified to direct the plaintiff to pay to the defendant the sum of thirty dollars within twenty days, as a condition for the service of an amended complaint; and, as so modified, order affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

THE CUPPLES CORDAGE COMPANY, Appellant, v. THE CITY OF NEW YORK and Another, Respondents.— Order denying a temporary injunction affirmed, without costs, without prejudice to a determination of the plaintiff's rights in the basin by the final judgment in this action. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.